MARC S. SHAPIRO, SBN 155791
JONATHAN P. CYR, SBN 260826
HANGER, STEINBERG, SHAPIRO & ASH
A Law Corporation
21031 Ventura Blvd., Suite 800
Woodland Hills, CA 91364-6512
(818)226-1222 Fax (818)226-1215

Attorneys for Defendants
LAWRENCE A. PALKOVIC and DIANE C. PALKOVIC,
(erroneously sued and served as LAWRENCE A. PALCOVIC
and DIANE C. PALCOVIC)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLYDE DeWITT, a natural person,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE A. PALCOVIC, and DIANE C. PALCOVIC, natural persons,<br><br>Defendants. | CASE NO. 2:14-cv-06894-MWF-(Ex)<br>(Assigned for all purposes to Hon. Michael W. Fitzgerald, Dept. 1600-16th Floor)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION AND PROTECTIVE ORDER<br><br>[Stipulation for Protective Order filed concurrently herewith] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation and Protective Order submitted jointly by Defendants LAWRENCE A. PALKOVIC and DIANE C. PALKOVIC'S (erroneously sued and served as LAWRENCE A. PALCOVIC and DIANE C. PALCOVIC) and Plaintiff CLYDE DeWITT in this matter, and good cause having been shown, IT IS HEREBY ORDRED:

///

///

**GOOD CAUSE APPEARING**, The parties' stipulation for protective order is approved and a protective order is entered in accordance with the terms set forth therein.

**IT IS SO ORDERED.**

Dated: 8/28/15

Hon. CHARLES F. EICK
Magistrate Judge of the District Court

197/3303

---

2

[PROPOSED] ORDER ON STIPULATION AND PROTECTIVE ORDER